```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
------------------------------------------- X   ELECTRONICALLY FILED
                                            :   DOC #: _____
CLAUDINE WILSON,                            :   DATE FILED: September 21, 2015
                                            :
                              Plaintiff,    :
                                            :
                -v-                         :   15-cv-7424 (KBF)
                                            :
VIACOM INTERNATIONAL MEDIA                  :   ORDER
NETWORKS,                                   :
                                            :
                              Defendant.    :
                                            X
-------------------------------------------
```

KATHERINE B. FORREST, District Judge:

It is hereby ORDERED that:

1. Lead counsel for all parties shall appear for an initial pretrial conference ("IPTC") on **Friday, November 13, 2015, at 1:30 p.m.** All counsel in receipt of this order shall notify all other parties (or, if known, their attorneys) of the IPTC by serving each of them with a copy of this order and with a copy of the Court's Individual Practices in Civil Cases. Counsel shall file proof of such service with the Court.

2. At least **four business days prior** to the IPTC, the parties shall jointly submit a proposed schedule in accordance with the form available at http://www.nysd.uscourts.gov/judge/Forrest.

3. Requests for adjournments shall be submitted at least **two business days prior** to the IPTC.

4. Counsel shall consult the Court's Individual Practices in Civil Cases (available at http://www.nysd.uscourts.gov/judge/Forrest) and comply with all other requirements for the IPTC.

SO ORDERED.

Dated: New York, New York
September 21, 2015

_____
KATHERINE B. FORREST
United States District Judge