UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLAUDINE WILSON, <br><br>　　　　　　　Plaintiff, <br><br>　　-against- <br><br>VIACOM INTERNATIONAL MEDIA NETWORKS, <br><br>　　　　　　　Defendant. | 15-CV-07424 (KBF)(JCF) <br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

　　　　Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel certifies that Viacom International Inc. (incorrectly named herein as Viacom International Media Networks) is a wholly-owned subsidiary of Viacom Inc., a publicly-traded corporation.

Dated: New York, New York.
　　　　October 5, 2015

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　KAUFF MCGUIRE & MARGOLIS LLP

　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　Michele A. Coyne
　　　　　　　　　　　　　　　　Kristina C. Hammond

　　　　　　　　　　　　　　　　950 Third Avenue, 14th Floor
　　　　　　　　　　　　　　　　New York, NY  10022
　　　　　　　　　　　　　　　　(212) 644-1010
　　　　　　　　　　　　　　　　Fax (212) 644-1936
　　　　　　　　　　　　　　　　coyne@kmm.com
　　　　　　　　　　　　　　　　hammond@kmm.com

　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　Viacom International Inc.