# KM&M
KAUFF McGUIRE & MARGOLIS LLP

950 THIRD AVENUE · FOURTEENTH FLOOR
NEW YORK, NY 10022

MICHELE A. COYNE
DIRECT DIAL: (212) 909-0703
DIRECT FAX: (212) 909-3503
COYNE@KMM.COM

TELEPHONE (212) 644-1010
FAX (212) 644-1936

NEW YORK
LOS ANGELES
WWW.KMM.COM

October 5, 2015

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: OCT 05 2015**

**VIA ECF AND EMAIL**

Judge Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007

Re:   Wilson v. Viacom International Media Networks
      15-CV-7424 (KBF)(JCF)
      KM&M File No. 08327.9082

Dear Judge Forrest:

As counsel to Defendant Viacom International Inc. (incorrectly named as Viacom International Media Networks), we are writing to respectfully request an extension of time for Defendant to answer, move or otherwise respond to the Complaint to November 13, 2015. Defense counsel has agreed to accept service of the Summons and Complaint by Plaintiff's counsel on Defendant's behalf and Plaintiff's counsel has therefore agreed to this extension of time. There have been no previous requests for an extension.

Thank you for your attention to this matter.

Very truly yours,

Michele A. Coyne

cc: Walker Harman (Plaintiff's Counsel)

So ordered.
K.B. Forrest
US DJ
10/5/15

4815-3239-0697.2